# United States District Court
# District of Massachusetts

SOPHIA ALEXANDER,
    Plaintiff,

v.                              CIVIL ACTION NO. 2009-10065-GAO

BAIN CAPITAL, L.L.C,,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On July 8, 2009, I held the following ADR proceeding:

    \_\_\_\_\_ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION
    \_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL
    \_\_\_\_\_ SETTLEMENT CONFERENCE

    Counsel for the plaintiff and defendant appeared; the plaintiff appeared as did a representative of the defendant.

[X]    Great progress toward a complete settlement was made. Counsel to file a joint report with the mediator *on or before the close of business on Friday, July 17, 2009*.

July 8, 2009                                  *Robert B. Collings*
DATE                                         ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:    Judge O'Toole, Rebecca Tyler, Esquire, Counsel for all parties.