UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

|  |  |
|---|---|
| SOPHIA M. ALEXANDER,<br><br>        Plaintiff,<br><br>v.<br><br>BAIN CAPITAL, LLC,<br><br>        Defendant. | Civil Action<br>No. 09-CV-10065-GAO |

## **JOINT REPORT**

Pursuant to the Report Re: Reference For Alternative Dispute Resolution To Judge, dated July 8, 2009, the parties file this joint report. The parties have reached agreement and reduced to writing a Confidential Settlement Agreement on all terms, except the allocation of the settlement funds. The parties are requesting assistance from the Court with this last item of the settlement reached on July 8, 2009, and request that the Court schedule a time for counsel to appear.

Respectfully Submitted,

| | |
|---|---|
| SOPHIA M. ALEXANDER,<br>By her attorneys,<br>*/s/ Nina Joan Kimball*<br>Justine H. Brousseau<br>Nina J. Kimball<br>KIMBALL BROUSSEAU LLP<br>One Washington Street Mall, 14th Fl.<br>Boston, MA 02108<br>(617) 367-9449<br>nKimball@kbattorneys.com<br>jBrousseau@kbattorneys.com | BAIN CAPITAL, LLC,<br>By its attorneys,<br>*/s/ Robert B. Gordon*<br>Robert B. Gordon<br>M. Concetta Burton<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>robert.gordon@ropesgray.com<br>concetta.burton@ropesgray.com |

Dated: July 17, 2009