UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

|  |  |
|---|---|
| SOPHIA M. ALEXANDER, | Civil Action |
| Plaintiff, | No. 09-CV-10065-GAO |
| v. |  |
| BAIN CAPITAL, LLC, |  |
| Defendant. |  |

## JOINT REPORT

Pursuant to the Report Re: Reference For Alternative Dispute Resolution To Judge, dated July 8, 2009, the parties file this joint report. The parties have reached agreement and reduced to writing a Confidential Settlement Agreement on all terms, except the allocation of the settlement funds. The parties are requesting assistance from the Court with this last item of the settlement reached on July 8, 2009, and request that the Court schedule a time for counsel to appear.

Respectfully Submitted,

| | |
|---|---|
| SOPHIA M. ALEXANDER, | BAIN CAPITAL, LLC, |
| By her attorneys, | By its attorneys, |
| */s/ Nina Joan Kimball* | */s/ Robert B. Gordon* |
| Justine H. Brousseau | Robert B. Gordon |
| Nina J. Kimball | M. Concetta Burton |
| KIMBALL BROUSSEAU LLP | ROPES & GRAY LLP |
| One Washington Street Mall, 14th Fl. | One International Place |
| Boston, MA 02108 | Boston, MA 02110-2624 |
| (617) 367-9449 | (617) 951-7000 |
| nKimball@kbattorneys.com | robert.gordon@ropesgray.com |
| jBrousseau@kbattorneys.com | concetta.burton@ropesgray.com |

Dated: July 17, 2009