# United States District Court
# District of Massachusetts

SOPHIA ALEXANDER,
    Plaintiff,

v.                          CIVIL ACTION NO. 2009-10065-GAO

BAIN CAPITAL, LLC.,
    Defendant.

## *REPORT RE: REPORT RE:*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On July 8, 2009, I held the following ADR proceeding at Boston, Massachusetts:

| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

[X]    On July 27, 2009, counsel reported that the one issue remaining after the mediation session has been resolved and the case is SETTLED; your Clerk should issue a 30-day Order.

DATE:     July 27, 2009                 *Robert B. Collings*
                                                        ROBERT B. COLLINGS
                                                        United States Magistrate Judge

Copy to:     Judge O'Toole
                  Rebecca Tyler, Esquire,
                  Counsel for all parties.