# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SOPHIA ALEXANDER
        Plaintiff

CIVIL ACTION

V.

NO.  09-10065-GAO

BAIN CAPITAL, LLC
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE        D. J.

The Court having been advised on   JULY 27, 2009   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                          By the Court,

7/28/09                          /s/ Paul Lyness
Date                            Deputy Clerk

(Dismissal Settlement.wpd - 12/98)